# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:03-CR-0365** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **AMOS LEROY KEEFER** | : | |

## ORDER

AND NOW, this 20th day of March, 2006, upon consideration of the correspondence from Ms. Ruby Lineweaver ("Ms. Lineweaver") dated January 3, 2006 and docketed on March 16, 2006, requesting that a restitution check drawn from the United States Treasury and made payable to "Violet Cassner," Ms. Lineweaver's mother and a victim in the above-captioned action, be reissued as payable to Ms. Lineweaver, see 18 U.S.C. § 3663A(a)(1) (requiring that a defendant "make restitution to the victim of [an] offense or, if the victim is deceased, to the victim's estate"), and it appearing that Violet Cassner is deceased, that Ms. Lineweaver served as the executor and beneficiary of Violet Cassner's estate, and that the estate is now closed, it is hereby ORDERED that:

1. The Clerk of Court is directed to VOID the check, numbered 252226 and dated November 17, 2005, made payable to Violet Cassner in the amount of forty dollars and no cents ($40.00).

2. The Clerk of Court is directed to ISSUE a check in the amount of forty dollars and no cents ($40.00) to Ruby Lineweaver, 265 Three Square Hollow Road, Newburg, PA 17240-9213.[1]  See 18 U.S.C. § 3663A(a)(1).

---

[1] The documents before the court reflect that Violet Cassner passed away on December 22, 2003.  (Doc. 24.)  The court regrets that restitution was not available sooner, but notes that the defendant in this matter was not sentenced until March 24, 2004, and that his restitution requirements were not satisfied until January of this year.  (See Docs. 15, 23.)

3. The Clerk of Court is directed to send, via United States mail, a copy of this order to Ms. Lineweaver at the above address.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge